TAMIKO A. DUNHAM (SBN: 233455)
tdunham@nicolaidesllp.com
B. NATALIE VU (SBN: 273219)
nvu@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
777 S. Figueroa St., Suite 750
Los Angeles, CA 90017
Telephone: (213) 402-1245
Facsimile:   (213) 402-1246

Attorney for Plaintiff
BERKSHIRE HATHAWAY
DIRECT INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, a Nebraska corporation<br><br>Plaintiff,<br><br>v.<br><br>LDR VENTURES PARTNERS, LLC, a California Limited Liability Company,<br><br>Defendant. | Case No. 2:21-cv-00040-DMG-AGR<br><br>**NOTICE OF SETTLEMENT; [PROPOSED] ORDER VACATING ALL PENDING DATES AND DEADLINES**<br><br>Judge:   Hon. Dolly M Gee<br><br>Complaint filed: January 4, 2021<br>Trial Date:   None set |

### NOTICE OF SETTLEMENT

Please take notice that Plaintiff Berkshire Hathaway Direct Insurance Company and Defendant LDR Ventures Partners, LLC (the "Parties") have reached a settlement to resolve this matter. Under the terms of the settlement agreement, the Parties are working to meet certain conditions precedent prior to dismissing this lawsuit. Accordingly, the Parties request that the Court vacate all pending deadlines, due dates, and hearings in this action. The Parties stipulate and agree, subject to the Court's approval, that within ninety (90) days following entry of the Court's order approving this

stipulation, the Parties shall file a stipulation to dismiss this action, or if the conditions precedent for dismissal have not yet been met, a further joint status report.

Dated: January 10, 2025                NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP

By: _/s/ B. Natalie Vu_
Tamiko Dunham
B. Natalie Vu
Attorneys for BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY

Dated: January 10, 2025                EMERGENT LLP

By: _/s/ Peter Roldan_
Peter Roldan
Attorneys for LDR VENTURES PARTNERS, LLC

**Attestation of Concurrence in Filing**

I, the filer of this document, hereby attest that Defendant's attorney, Peter Roldan, has reviewed this stipulation and concurs in its content and authorizes the filing of same. I further attest that I have on file documentation of his authorization.

By: _/s/ B. Natalie Vu_
B. Natalie Vu

///
///
///
///
///
///

**[PROPOSED] ORDER**

The Court, having reviewed the Parties' Stipulation set forth above and finding good cause, it is hereby ORDERED that all pending deadlines, due dates, and hearings in this action are vacated. Within ninety (90) days of entry of this Order, the Parties shall file a stipulation to dismiss this action, or if the conditions precedent for dismissal have not yet been met, a further joint status report.

**IT IS SO ORDERED.**

Dated: _____, 2024            _____
                                      Honorable Dolly M. Gee